IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 4:01CR3100 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **MEMORANDUM** |
| | ) | **AND ORDER** |
| RICHARD CASILLAS, | ) | |
| | ) | |
| Defendant. | ) | |

     This matter comes on to consider the government's request for hearing on Rule 35(b) motion (filing 41). Having considered the matter,

     IT IS ORDERED that:

     (1)    The government's request for hearing on Rule 35(b) motion (filing 41) is granted;

     (2)    A hearing on the government's motion for reduction of sentence pursuant to Rule 35(b) (filing 35) has been set before the undersigned United States district judge at 1:00 p.m., November 21, 2005, in Courtroom No. 1, United States Courthouse and Federal Building, 100 Centennial Mall North, Lincoln, Nebraska. **The United States Marshal is directed to return the defendant to the district for the hearing.**

November 1, 2005.                        BY THE COURT:

                                                        s/ *Richard G. Kopf*
                                                        United States District Judge