IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 4:01CR3100 |
| ) | |
| RICHARD CASILLAS, ) | |
| ) | |
| Defendant. ) | |

## ORDER

THIS MATTER comes before the Court on defendant's Unopposed Motion to Continue Revocation Hearing, filing 68, now set for September 11, 2009, at 1:30 p.m. until a date certain in approximately 30 days. The Court, being fully advised in the premises, and noting the Government has no objection, finds that said motion should be granted.

IT IS THEREFORE ORDERED that the revocation hearing scheduled in this case shall be continued until the 23rd day of October, 2009, at 1:30 p.m. The defendant is ordered to appear at such time.

Dated August 20, 2009.

BY THE COURT:

*Richard G. Kopf*
United States District Judge