IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>RICHARD CASILLAS, )<br>)<br>Defendant. ) | Case No. 4:01CR3100 |

## ORDER

THIS MATTER comes before the Court on defendant's Unopposed Motion to Continue Revocation Hearing, filing 70, now set for October 23, 2009, at 1:30 p.m. until a date certain in approximately one week. The Court, being fully advised in the premises, and noting the Government has no objection, finds that said motion should be granted.

IT IS THEREFORE ORDERED that the revocation hearing scheduled in this case shall be continued until the 28th day of October, 4:30 p.m. The defendant is ordered to appear at such time.

Dated September 18, 2009.

BY THE COURT:

*Richard G. Kopf*
United States District Judge